# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HILARY LONGSTREET, individually and on behalf of similarly situated individuals, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. |
| GEORGE CRAMER, JR., JOE TILLOTSON, PLANO AMIGOS LP d/b/a Banditos Tex-Mex Cantina, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC d/b/a Banditos Tex-Mex Cantina, KATY TRAIL ICE HOUSE GP LLC, and KATY TRAIL ICE HOUSE LP, | § § § § § § § § | _____ |
| Defendants. | § | |

## NOTICE OF REMOVAL

Defendants George Cramer, Jr., Joe Tillotson, Plano Amigos, LP d/b/a Banditos Tex-Mex Cantina, Plano Amigos GP, LLC, Up Plaza Amigos, LLC d/b/a Banditos Tex-Mex Cantina, Katy Trail Ice House GP, LLC, and Katy Trail Ice House, LP (collectively "Defendants"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby provide Notice of Removal of a civil action from the 134th District Court of Dallas County, Texas to the United States District Court for the Northern District of Texas.   Removal is based on 28 U.S.C. §§ 1441(b) and 1446, and the grounds in support of this Notice of Removal are as follows:

### STATEMENT OF JURISDICTION

1.     This Court has original jurisdiction over this action under the Fair Labor Standards Act ("FLSA").   In relevant part, the FLSA provides, "an action to recover . . . may be maintained . . . in any Federal or State court of competent jurisdiction." 29 U.S.C. §216(b).   As

-1-

set forth below, this case meets all of the requirements of the FLSA for removal and is timely and properly removed by the filing of this Notice.

### PROCEEDINGS IN STATE COURT

2.      On March 5, 2013, Plaintiff Hilary Longstreet filed an Original Petition and Request for Disclosure against defendants for alleged failure to "properly pay overtime" under the FLSA, 29 U.S.C. § 201 et seq. Pl.'s Orig. Pet. ¶ 1, a copy of which is attached hereto as App. 001-009.

3.      Plaintiff's Original Petition asserts a cause of action against Defendants under the FLSA for alleged failure to properly pay non-management employees overtime wages. (*See* App. 005-007, ¶¶10-27.)

4.      Plaintiff's counsel served Defendants with a copy of the Original Petition by process server on March 21, 2013. A copy of the Proof of Service for each defendant is attached hereto as App. 028-048.

5.      This notice of removal is timely because it is being filed within thirty (30) days after Defendants' receipt of the Plaintiff's Original Petition. 28 U.S.C. § 1446(b); *Murphy Bros.* v. *Michetti Pipe Stringing,* 526 U.S. 344, 119 S. Ct. 1322 (1999).

### JURISDICTION UNDER FLSA

6.      This is a civil action over which the Court has original jurisdiction under FLSA § 201, *et seq.* and one that may be removed to this Court by Defendants pursuant to 28 U.S.C. §§ 1441(b), 1446 and *Breuer* v. *Jim's Concrete of Brevard, Inc.* (2003) 538 U.S. 691.

### NOTICE TO PLAINTIFF'S COUNSEL AND STATE COURT

7.      Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Northern District of Texas, written notice of such filing will be served on

-2-

Plaintiff's counsel of record, Robert J. Wiley and Justin Manchester.  In addition, a copy of the Notice of Removal will be filed with the Clerk of Court for the 134th District Court of Dallas County, Texas.

## PLEADINGS ATTACHED

8.     Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81.1 of the Northern District of Texas, Defendants have attached to this Notice of Removal an appendix containing: (1) an index of all documents that clearly identifies each document and indicates the date the document was filed in state court; (2) a copy of the docket sheet in the state court action;  (3) a copy of each document filed in the state court action, except discovery material; and (4) a separately signed certificate of interested persons that complies with Local Rule 3.1(c) or 3.2(e).

WHEREFORE, pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the civil action originated by Plaintiff's Petition in State Court, and Defendants remove the action as a matter of right under 28 U.S.C. § 1441.

Dated:  April 12, 2013                              Respectfully submitted,

                                                     /s/ Alan Dabdoub
                                                     Jeffrey M. Tillotson, PC
                                                     State Bar No. 20039200
                                                     jtillotson@lynnllp.com
                                                     Alan Dabdoub
                                                     State Bar No. 24056836
                                                     Email: adabdoub@lynnllp.com
                                                     LaKeisha M. Forté
                                                     State Bar No. 24042237
                                                     Email: lforte@lynnllp.com
                                                     LYNN TILLOTSON PINKER & COX, LLP
                                                     2100 Ross Avenue, Suite 2700
                                                     Dallas, Texas 75201
                                                     (214) 981-3800 - telephone
                                                     (214) 981-3839 – telecopier

                                                     **ATTORNEYS FOR DEFENDANTS**

-3-

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of this *Notice to the Clerk of Filing Notice of Removal* was duly served upon Robert J. Wiley, Esq. and Justin G. Manchester, ROB WILEY, P.C., 1825 Market Center Blvd., Suite 385, Dallas, Texas 75207 via certified United States Mail, return receipt requested, this 12th day of April, 2013.

*/s/ Alan Dabdoub*
ALAN DABDOUB

4826-3362-4339, v. 2

App. 020

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Hillary Longstreet, individually and on behalf of similarly situated individuals | George Cramer, Jr., Joe Tillotson, Plano Amigos LP d/b/a Banditos Tex-Mex Cantina, Plano Amigos GP, LLC, UP Plaza Amigos LLC d/b/a Banditos Tex-Mex Cantina, Katy Trail Ice House GP LLC |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert J. Wiley and Justin Manchester, Rob Wiley, PC -
1825 Market Center Blvd., Suite 385, Dallas, TX 75207
214.528.6500 - Telephone: 214.528.6511 - Facsimile

Attorneys *(If Known)*
Jeffrey M. Tillotson and Alan Dabdoub - Lynn Tillotson Pinker & Cox,
LLP - 2100 Ross Avenue, Suite 2700, Dallas, Texas  75201
214.981-3800 - Telephone; 214-981-3839 - Facsimile

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
     Plaintiff

☒ 3  Federal Question
     *(U.S. Government Not a Party)*

☐ 2  U.S. Government
     Defendant

☐ 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL INJURY** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | ☒ 710 Fair Labor Standards Act | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | ☐ 720 Labor/Mgmt. Relations | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | ☐ 740 Railway Labor Act | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | ☐ 751 Family and Medical Leave Act | **FEDERAL TAX SUITS** |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 |
| | ☐ 448 Education | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION** | |
| | | | ☐ 462 Naturalization Application | |
| | | | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | |
| | | | ☐ 465 Other Immigration Actions | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district *(specify)*   ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 USC § 201 et. seq.

Brief description of cause:
FSLA

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:

*(See instructions)*:
JUDGE _____   DOCKET NUMBER _____

DATE
04/12/2013

SIGNATURE OF ATTORNEY OF RECORD
/s/ Alan Dabdoub

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

### SUPPLEMENTAL CIVIL COVER SHEET FOR CASES
### REMOVED FROM STATE COURT

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **STATE COURT INFORMATION:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| COURT | CASE NUMBER |
|---|---|
| 134th Judicial District Court Dallas County, Texas | DC-13-02636 |

2. **STYLE OF THE CASE:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

| PARTY(S) | PARTY TYPE | ATTORNEY(S) |
|---|---|---|
| HILARY LONGSTREET | Plaintiff | Robert J. Wiley<br>Texas State Bar No. 24013750<br>Justin G. Manchester<br>Texas State Bar No. 24070207<br>Rob Wiley, P.C.<br>1825 Market Center Blvd., Suite 385<br>Dallas, Texas 75207<br>214.528.6500 – Telephone<br>214.528.6511 – Facsimile |

**SUPPLEMENTAL CIVIL COVER SHEET**
Page 2

| PARTY(S) | PARTY TYPE | ATTORNEY(S) |
|---|---|---|
| GEORGE CRAMER, JR.<br>JOE TILLOTSON<br>PLANO AMIGOS LP d/b/a Banditos Tex-Mex Cantina<br>PLANO AMIGOS GP LLC<br>UP PLAZA AMIGOS LLC d/b/a Banditos Tex-Mex Cantina<br>KATY TRAIL ICE HOUSE GP LLC<br>KATY TRAIL ICE HOUSE LP | Defendants | Jeffrey M. Tillotson, PC<br>Texas State Bar No. 20039200<br>jtillotson@lynnllp.com<br>Alan Dabdoub<br>Texas State Bar No. 24056836<br>Email: adabdoub@lynnllp.com<br>LaKeisha M. Forté<br>Texas State Bar No. 24042237<br>Email: lforte@lynnllp.com<br>LYNN TILLOTSON PINKER & COX, LLP<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>(214) 981-3800 - telephone<br>(214) 981-3839 – telecopier |

3.  **JURY DEMAND:**

    Was a Jury Demand made in State Court?     ☒ Yes     ☐ No

    If "*Yes*," by which party and on what date?

    | Plaintiff | March 5, 2013 |
    |---|---|
    | Party | Date |

4.  **ANSWER:**

    Was an Answer made in State Court?     ☐ Yes     ☒ No

    If "*Yes*," by which party and on what date?

    | | |
    |---|---|
    | Party | Date |

5.  **UNSERVED PARTIES:**

    The following parties have not been served at the time this case was removed:

    | Party | Reason(s) for No Service |
    |---|---|
    | | |

SUPPLEMENTAL CIVIL COVER SHEET
Page 3

6. NONSUITED, DISMISSED OR TERMINATED PARTIES:

Please indicate any changes from the style on the State Court papers and the reason for that change:

| PARTY | REASON |
|-------|--------|
|       |        |

7. CLAIMS OF THE PARTIES:

The filing party submits the following summary of the remaining claims of each party in this litigation:

| PARTY | CLAIM(S) |
|-------|----------|
| Hilary Longstreet | Alleged failure to properly pay overtime. |

4846-7959-3235, v. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HILARY LONGSTREET, individually and on behalf of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE CRAMER, JR., JOE TILLOTSON, PLANO AMIGOS LP d/b/a Banditos Tex-Mex Cantina, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC d/b/a Banditos Tex-Mex Cantina, KATY TRAIL ICE HOUSE GP LLC, and KATY TRAIL ICE HOUSE LP,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>_____ |

## APPENDIX TO DEFENDANTS' NOTICE OF REMOVAL

| DATE | DOCUMENT | PAGE |
|---|---|---|
| 03/05/2013 | Original Petition | App. 001-009 |
| 03/05/2013 | Order – Transfer to 134th District Court | App. 010 |
| 03/05/2013 | Case Filing Cover Sheet – District Court | App. 011 |
| 03/06/2013 | Notice of Dismissal | App. 012 |
| 03/06/2013 | Correspondence – Letter to File | App. 013 |
| 03/06/2013 | Citation – George Cramer Jr. | App. 014-015 |
| 03/06/2013 | Citation – Joe Tillotson | App. 016-017 |
| 03/06/2013 | Citation – Plano Amigos LP d/b/a Banditos Tex Mex Cantina | App. 018-019 |
| 03/06/2013 | Citation – Plano Amigos GP LLC | App. 020-021 |

-1-

| DATE | DOCUMENT | PAGE |
|---|---|---|
| 03/06/2013 | Citation – UP Plaza Amigos LLC d/b/a Banditos Tex Mex Cantina | App. 022-023 |
| 03/06/2013 | Citation – Katy Trail Ice House GP LLC | App. 024-025 |
| 03/06/2013 | Citation – Katy Trail Ice House LP | App. 026-027 |
| 03/25/2013 | Return of Service – George Cramer Jr | App. 028-030 |
| 03/25/2013 | Return of Service – Joe Tillotson | App. 031-033 |
| 03/25/2013 | Return of Service – Plano Amigos LP d/b/a Banditos Tex Mex Cantina | App. 034-036 |
| 03/25/2013 | Return of Service – Plano Amigos GP LLC | App. 037-039 |
| 03/25/2013 | Return of Service – UP Plaza Amigos LLC d/b/a Banditos Tex Mex Cantina | App. 040-042 |
| 03/25/2013 | Return of Service – Katy Trail Ice House GP LLC | App. 043-045 |
| 03/25/2013 | Return of Service – Katy Trail Ice House LP | App. 046-048 |
| 04/12/2013 | Docket Sheet | App. 049-051 |

-2-

Dated:  April 12, 2013                Respectfully submitted,

                                     /s/ Alan Dabdoub
                                     Jeffrey M. Tillotson, PC
                                     State Bar No. 20039200
                                     jtillotson@lynnllp.com
                                     Alan Dabdoub
                                     State Bar No. 24056836
                                     Email:  adabdoub@lynnllp.com
                                     LaKeisha M. Forté
                                     State Bar No. 24042237
                                     Email:  lforte@lynnllp.com
                                     LYNN TILLOTSON PINKER & COX, LLP
                                     2100 Ross Avenue, Suite 2700
                                     Dallas, Texas 75201
                                     (214) 981-3800 - telephone
                                     (214) 981-3839 – telecopier

                          **ATTORNEYS FOR DEFENDANTS**


                          **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of this *Appendix To Defendants' Notice Of Removal* was duly served upon Robert J. Wiley, Esq. and Justin G. Manchester, ROB WILEY, P.C., 1825 Market Center Blvd., Suite 385, Dallas, Texas 75207 via Certified Mail, Return Receipt Requested, this 12th day of April, 2013.

                                     /s/ Alan Dabdoub
                                     ALAN DABDOUB


4833-9980-5715, v. 1

-3-

App. 027

CAUSE NO. 13-02063Q

| | | |
|---|---|---|
| HILARY LONGSTREET, individually and on behalf of similarly situated individuals, | § § § | IN THE DISTRICT COURT |
| Plaintiff | § § § | |
| -v- | § § | 95th   JUDICIAL DISTRICT |
| GEORGE CRAMER, JR., JOE TILLOSTON, PLANO AMIGOS LP d/b/a Banditos Tex-Mex Cantina, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC d/b/a Banditos Tex-Mex Cantina, KATY TRAIL ICE HOUSE GP LLC, and KATY TRAIL ICE HOUSE LP, | § § § § § § § § § | |
| Defendants. | § § | DALLAS COUNTY, TEXAS |

---

### PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE – COLLECTIVE ACTION

---

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COMES Hilary Longstreet, individually and on behalf of similarly situated individuals, and files this, her Plaintiff's Original Petition and Request for Disclosure – Collective Action.

## I.
## SUMMARY

This is a simple failure to properly pay overtime case. Defendants run a chain of restaurants in the Dallas and Plano area (Banditos Tex-Mex Cantina and Katy Trail Ice House). These restaurants, while incorporated under separate entities, share common ownership and management. Defendants employed

**APP. 001**

App. 028

Plaintiff and the putative class as employees at various locations. For the past three years, Defendants have not paid their employees overtime pay as required by the Fair Labor Standards Act.

First, Defendants have improperly segregated employees' time under different job categories in order to avoid paying overtime wages. The Defendants have their employees clock-in under different job categories (i.e., day bartender, bartender, trainer, server, hostess). The Defendants would then only pay one-and-one half an employee's regular rate when an employee worked over forty hours in a workweek in a single job code. When an employee's hours under multiple job codes exceeded forty hours in a single workweek, the Defendants would not pay the employee one-and-one half times that employee's regular hourly rate.

Second, the Defendants have improperly aggregated multiple workweeks in order to avoid paying overtime wages during one workweek. The Defendants pay employees every other week for a two-week period. The Defendants routinely aggregate this two-week period into a single 80-hour workweek instead of two, separate 40-hour workweeks. This allows the Defendant to not pay an employee's overtime wages for a workweek when that employee works less than forty hours in the other workweek. However, an employer is not allowed to aggregate workweeks in this manner.

Both of these actions constitute clear violations of the Fair Labor Standards Act, and are easily proven through employee paycheck stubs and clock in/out records. For these reasons, Plaintiff seeks, on behalf of herself and those similarly

situated, unpaid wages, liquidated damages, attorney fees, and all other relief permitted.

## II.
## JURISDICTION AND VENUE

1.     This Court has original jurisdiction to hear this complaint because actions brought under the Federal Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") may be maintained in State court. Venue is proper because a substantial part of the events or omissions giving rise to the claim occurred in Dallas County, and Defendants are subject to personal jurisdiction in Texas.

## III.
## PARTIES

2.     Defendant George Cramer, Jr. is an individual. Mr. Cramer is an owner/operator of both Banditos locations and the Katy Trail Ice House. Mr. Cramer is actively involved in the restaurants' operations and holds managerial responsibilities and substantial control of the terms and conditions of employees' work at these three locations. Mr. Cramer constitutes an "employer" within the meaning of 29 U.S.C. § 203(d), and a "person" under 29 U.S.C. § 203(d).

3.     Defendant Joe Tilloston is an individual. Mr. Tilloston is an owner/operator of both Banditos locations and the Katy Trail Ice House. Mr. Tilloston is actively involved in the restaurants' operations and holds managerial responsibilities and substantial control of the terms and conditions of employees' work at these three locations. Mr. Tilloston constitutes an "employer" within the meaning of 29 U.S.C. § 203(d), and a "person" under 29 U.S.C. § 203(d).

**APP. 003**

App. 030

4.  Defendant Plano Amigos LP is a Limited Partnership. Plano Amigos LP is an "employer" within the meaning of FLSA, 29 U.S.C. § 203(d), an "enterprise" within the meaning of FLSA, 29 U.S.C. § 203(r), and "engaged in commerce" within the meaning of FLSA, 29 U.S.C. § 203(s)(1).

5.  Defendant Plano Amigos GP LLC is a Limited Liability Company and the General Partner in Plano Amigos LP. Plano Amigos GP LLC is an "employer" within the meaning of FLSA, 29 U.S.C. § 203(d), an "enterprise" within the meaning of FLSA, 29 U.S.C. § 203(r), and "engaged in commerce" within the meaning of FLSA, 29 U.S.C. § 203(s)(1).

6.  Defendant UP Plaza Amigos, LLC is a Limited Liability Company. UP Plaza Amigos, LLC is an "employer" within the meaning of FLSA, 29 U.S.C. § 203(d), an "enterprise" within the meaning of FLSA, 29 U.S.C. § 203(r), and "engaged in commerce" within the meaning of FLSA, 29 U.S.C. § 203(s)(1).

7.  Defendant Katy Trail Ice House LP is a Limited Partnership. Katy Trail Ice House LP is an "employer" within the meaning of FLSA, 29 U.S.C. § 203(d), an "enterprise" within the meaning of FLSA, 29 U.S.C. § 203(r), and "engaged in commerce" within the meaning of FLSA, 29 U.S.C. § 203(s)(1).

8.  Defendant Katy Trail Ice House GP, LLC is a Limited Liability Company and the General Partner in Katy Trail Ice House LP. Katy Trail Ice House GP, LLC is an "employer" within the meaning of FLSA, 29 U.S.C. § 203(d), an "enterprise" within the meaning of FLSA, 29 U.S.C. § 203(r), and "engaged in commerce" within the meaning of FLSA, 29 U.S.C. § 203(s)(1).

9.     Plaintiff, Hilary Longstreet, is a resident of Texas and works at the Plano location of Banditos Tex-Mex Cantina based out of Colin County, Texas. Ms. Longstreet has been "engaged in commerce" as required by the FLSA, 29 U.S.C. §§ 206-07. Ms. Longstreet's consent form is attached as part of Exhibit A.

10.     Plaintiff brings this action on behalf of herself and other similarly situated employees pursuant to 29 U.S.C. § 216(b). Plaintiff and the similarly situated employees are employees of the Defendants who were: (1) paid by the hour, (2) had their payroll computed by Gary Littlefield, and (3) within the past three years worked more than forty hours in a workweek but were not paid overtime wages. The putative class has been "engaged in commerce" as required by the FLSA, 29 U.S.C. §§ 206-07.

## IV.
## FACTUAL ALLEGATIONS

11.     During the past three years, Defendants paid their employees, other than managers, an hourly rate for each hour they worked.

12.     These non-manager positions are not exempt from the FLSA and should be compensated for appropriate overtime at a rate of one and one half the regular hourly rate.

13.     However, Defendants did not compensate these non-manager employees for all the overtime wages they were owed.

**APP. 005**

App. 032

A.    Defendants have failed to pay overtime by having employees work under multiple job titles without aggregating the hours.

14.    The Defendants regularly have employees clock in under different job titles.

15.    For example, Ms. Longstreet has the option to clock in as: (1) Day Bar, (2) Bartender, (3) Trainer, (4) Server, and (5) Hostess.

16.    Defendants treat each clock-in category as if the employee were a different employee under each category.

17.    This means that the Defendant does not aggregate the hours an employee works under different job titles.

18.    For example, for the workweek of August 13, 2012 through August 19, 2012, Ms. Longstreet worked 14.48 hours clocked in as a "Bartender" and 39.88 hours clocked in as a "Server".

19.    For this workweek, Ms. Longstreet was not paid any overtime, despite working for a total of 54.36 hours (14.36 hours of overtime).

B.    Defendants have illegally aggregated more than one workweek in order to avoid paying overtime wages to employees.

20.    Defendants improperly average hours of two weeks within the same pay period to avoid paying overtime wages.

21.    For example, Ms. Longstreet worked 54.23 hours during the June 18, 2012 through June 24, 2012 workweek and 39.68 hours during the June 25, 2012 through July 1, 2012 work week.

30.    Instead of rectifying the violations, Mr. Littlefield told Ms. Longstreet that, "I know the law, I know how it's done."

31.    All conditions precedent to the filing of this suit have been satisfied.

## V.
## JURY DEMAND

32.    Plaintiff, individually and on behalf of the putative class, exercises the right to a jury.

## VI.
## REQUEST FOR DISCLOSURE

33.    Defendants are requested to disclose, within 50 days of service of this request, the information and material described in Rule 194.2.

## VII.
## PRAYER FOR RELIEF

WHEREFORE, Plaintiff and all employees similarly situated who join in this action demand:

A.    Issuance of notice as soon as possible to all hourly employees who were employed by Defendants during any portion of the three years immediately preceding the filing of this action.  Generally, this notice should inform them that this action has been filed, describe the nature of the action, and explain their right to opt into this lawsuit if they were not paid correctly for hours worked as hourly employees during any portion of the statutory period;

PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE – COLLECTIVE ACTION – Page 8

**APP. 007**

B.      Judgment against Defendants for an amount equal to Plaintiff and the class' unpaid back wages at the applicable overtime rate for each hour worked over forty;

C.      Judgment against Defendants for an amount equal to Plaintiff and the class' unpaid back wages at the applicable regular rate for each hour worked under forty;

D.      Judgment against Defendants that their violations of the FLSA were willful;

E.      An equal amount to the wage damages as liquidated damages;

F.      To the extent that liquidated damages are not awarded, an award of prejudgment interest;

G.      All costs incurred and reasonable attorney's fees for prosecuting these claims;

H.      Leave to add additional Plaintiffs by motion, the filing of written consent forms, or any other method approved by the Court;

I.      Leave to amend to add claims under applicable state laws; and

J.      For such further relief as the Court deems just and equitable.

APP. 008

Respectfully submitted,

Robert J. Wiley
Texas Bar No. 24013750
*Board Certified in Labor and Employment Law*
*by the Texas Board of Legal Specialization*
Justin G. Manchester
Texas Bar No. 24070207

ROB WILEY, P.C.
1825 Market Center Blvd., Suite 385
Dallas, Texas 75207
Telephone: (214) 528-6500
Facsimile: (214) 528-6511
jmanchester@robwiley.com
ATTORNEYS FOR PLAINTIFF

APP. 009

App. 036

447D
703648

ORIGINAL

Cause No. DC-13-02636-D

| | | |
|---|---|---|
| HILARY LONGSTREET, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | DALLAS COUNTY, TEXAS |
| | § | |
| GEORGE CRAMER, JR., | § | |
| | § | |
| Defendant. | § | 95th JUDICIAL DISTRICT |

## ORDER OF TRANSFER
## PURSUANT TO MISCELLANEOUS ORDER NO. 1-2012

Pursuant to Miscellaneous Order No. 1-2012, signed August 31, 2012, it is hereby

ORDERED that this case is transferred to the 134th Judicial District Court.

IT IS SO ORDERED.

Signed this ___5th___ day of March, 2013.

_____
KEN MOLBERG
Judge, 95th District Court

Copy to:

Co-ordinator, 134th District Court

ORDER OF TRANSFER - Solo Page

**APP. 010**

App. 037

# DALLAS COUNTY CIVIL DISTRICT COURT COVER SHEET

*ORIGINAL*

DC 13-02636

FILED

2013 MAR

**STYLED** Hilary Longstreet _____ v. George Cramer, Jr., et al.

This Civil Cover Sheet must be completed, filed and served with every petition. The information should be the best available at the time of filing, understanding that the information may change before trial. This information does not constitute a discovery request, response, or supplementation, and is not admissible at trial. Check (√) all applicable boxes.

| Plaintiff(s) | Defendant(s) (list separately) |
|---|---|
| ☐ Pro Se | |
| Address _____ | George Cramer, Jr. |
| _____ | Joe Tilloston |
| Telephone/Fax _____ | Plano Amigos LP |
| E-mail _____ | Plano Amigos GP LLC |
| | UP Plaza Amigos LLC |
| ☒ Attorney for Plaintiff(s) | Katy Trail Ice House GP LLC |
| State Bar No. 24070207 | Katy Trail Ice House LP |
| Address 1825 Market Center Blvd., Ste. 385, Dallas, TX 75207 | |
| Telephone/Fax 214-528-6500 / 214-528-6511 | |
| E-mail lmanchester@robwiley.com | |

## PARTIES *MUST* CHECK ONE CASE TYPE AND MAY CHECK ONE SUB-TOPIC

- ☐ Administrative Appeal
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Code Violations
- ☐ Condemnation
- ☐ Construction
- ☐ Construction
- ☐ Debt/Contract
- ☐ Defamation
- ☐ Other Commercial Dispute
  - ☐ Antitrust/Unfair Comp
  - ☐ Consumer/DTPA
  - ☐ Franchise
  - ☐ Fraud/Misrep
  - ☐ Intellectual Property
  - ☐ Non-Competes
  - ☐ Partnership
  - ☐ Securities/Stock
  - ☐ Tortuous Interference
  - ☐ Other Commercial
- ☐ Discipline
- ☐ Discovery
  - ☐ Rule 202 Depositions
  - ☐ Commissions
  - ☐ Subpoena
  - ☐ Letters Rogatory
  - ☐ Other Discovery
- ☐ Employment
  - ☐ Discrimination
  - ☐ Retaliation

- ☒ Termination
- ☒ Other Employment
- ☐ Foreclosure
  - ☐ R 736
  - ☐ Other than R 736
- ☐ Foreign Judgment
- ☐ Insurance
- ☐ Mass Tort/MDL/Rule 11
  - ☐ Asbestos
  - ☐ Baycol
  - ☐ Breast Implant
  - ☐ Firestone
  - ☐ Phen-Fen
  - ☐ Silica
  - ☐ Other Multi-Party
- ☐ Motor Vehicle Accident
  - ☐ Other Personal Injury
  - ☐ Assault/Battery
  - ☐ Product
  - ☐ Premises
  - ☐ Other Personal Injury
- ☐ Name Change
- ☐ Post-Judgment
- ☐ Professional Liability
  - ☐ Accounting
  - ☐ Legal
  - ☐ Med/Mal
  - ☐ Other Prof. Liab.
- ☐ Property

- ☐ Partition
- ☐ Quite Title
- ☐ Trespass/Try Title
- ☐ Other Property
- ☐ Prejudgment Remedy
- ☐ Seizure/Forfeiture
- ☐ Tax
  - ☐ Tax Appraisal
  - ☐ Tax Delinquency
  - ☐ Tax Land Bank
  - ☐ Tax Personal
  - ☐ Tax Real
- ☐ Workers Comp
- ☐ Other

### ADDITIONAL SUB-TOPICS
- ☐ Attachment
- ☐ Bill of Discovery
- ☒ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Receiver
- ☐ Sequestration
- ☐ Severance
- ☐ TRO/Injunction
- ☐ Turnover

| DISCOVERY LEVEL | ☐ Level 1 | ☐ Level 2 | ☒ Level 3 |
|---|---|---|---|

Local Rule 1.08 Certification (Must be completed and signed)
This case is not subject to transfer pursuant to Local Rule 1.07, or
This case is related to another case filed or disposed of in Dallas County:
Court: __95th (I)__   Style: 13-0____   Case No. ____

Attorney's Signature _____

**APP. 011**

App. 038



JUDGE DALE TILLERY PRESIDING
134th Judicial District Court
600 Commerce St., 6th Floor, Room 650
Dallas, Texas 75201
214/653-6995
fly@dallascourts.org

March 06, 2013

File Copy

Re:   HILARY LONGSTREET  vs.  GEORGE CRAMER, Jr., et al
       DC-13-02636

All Counsel of Record/Pro Se Litigants:

Pursuant to Rule 165A of the Texas Rules of Civil procedure, and the inherent power of
the Court, the above case is set for dismissal on:

       May 17, 2013 at 10:00 AM

If NO ANSWER has been filed you are expected to have moved for a default judgment
on or prior to the above stated date. Failure to move for a default judgment will result in
the dismissal of the case on the above date.

If you have been unable to obtain service of process and you wish to retain the case on
the docket, you must appear on the above date, unless you have obtained a new setting
from the court coordinator.

Sincerely,

DALE TILLERY
Presiding Judge

pc:  JUSTIN G. MANCHESTER

All counsel of record and/or Pro Se litigants must be copied on all written communication to the Court.

**APP. 012**

App. 039



JUDGE DALE TILLERY PRESIDING
134th Judicial District Court
600 Commerce St., 6th Floor, Room 650
Dallas, Texas 75202-4606
214/653-6995
fly@dallascourts.org

March 06, 2013

File Copy

Re:   HILARY LONGSTREET vs. GEORGE CRAMER, Jr., et al
      DC-13-02636

All Counsel of Record/Pro Se Litigants:

We have received your petition. Pursuant to Rule 47(c) of the Texas Rules of Civil Procedure, your pleading is deficient because your petition does not contain a statement that conforms with Rule 47(c) 1-5. (See: Rule 47(c) of the Texas Rules of Civil procedure, effective March 1, 2013).

Rule 47(c) specifically provides that:

"A party that fails to comply with (c) may not conduct discovery until the party's pleading is amended to comply." (see: Tex. R. Civ. Proc. 47 (d)).

Please perfect your petition so that your petition complies with Rule 47 of the Texas Rules of Civil Procedure.

Sincerely,

No Judicial Officer Assigned
Presiding Judge

pc:  JUSTIN O. MANCHESTER

All counsel of record and/or Pro Se litigants must be copied on all written communication to the Court.

**APP. 013**

FORM NO. 353-3 – CITATION
**THE STATE OF TEXAS**

To:
    GEORGE CRAMER Jr

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty  days after you were served this citation and petition, a default judgment may be
taken against you. Your answer should be addressed to the
clerk of the 134th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being HILARY LONGSTREET INDIVIDUALLY AND ON BEHALF OF SIMILARY
SITUATED INDIVIDUALS

Filed in said Court  5th day of March, 2013 against

GEORGE CRAMER, Jr , JOE TILLOSTON , PLANO AMIGOS LP D/B/A BANDITOS TEX
MEX CANTINA, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC D/B/A BANDITOS TEX
MEX CANTINA, KATY TRAIL ICE HOUSE GP LLC AND KATY TRAIL ICE HOUSE LP

For Suit, said suit being numbered <u>DC-13-02636</u>, the nature of which demand is as follows:
Suit on OTHER (CIVIL) etc. as shown on said petition REQ FOR DISCLOSURE,
a copy of which accompanies this citation. If this citation is not served, it shall be returned
unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 6th day of March, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas.

By _____ , Deputy
        CARMEN MOORER

| | ATTY |
|---|---|
| | **CITATION** |
| | DC-13-02636 |
| | HILARY LONGSTREET |
| | vs. |
| | GEORGE CRAMER, Jr., et al |
| | ISSUED THIS |
| | 6th day of March, 2013 |
| | GARY FITZSIMMONS |
| | Clerk District Courts, |
| | Dallas County, Texas |
| | By: CARMEN MOORER, Deputy |
| | Attorney for Plaintiff |
| | JUSTIN G. MANCHESTER |
| | ROB WILEY PC |
| | 1825 MARKET CENTER BLVD |
| | SUITE 385 |
| | DALLAS TX 75207 |
| | 214-528-6500 |

DALLAS COUNTY COURT
FEES     FEES
PAID     PAID

**APP. 014**

## OFFICER'S RETURN

Case No. : DC-13-02636

Court No.134th District Court

Style: HILARY LONGSTREET

vs.

GEORGE CRAMER, Jr., et al

Came to hand on the _____ day of _____, 20____ , at _____ o'clock _____.M. Executed at _____
within the County of _____ at _____ o'clock _____.M. on the _____ day of _____
20_____ , by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by
me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|                     |              |                          |
|---------------------|--------------|--------------------------|
| For serving Citation | $ _____  | _____ |
| For mileage          | $ _____  | of _____ County, _____ |
| For Notary           | $ _____  | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20_____ ,
to certify which witness my hand and seal of office.

_____

Notary Public_____ County_____

**APP. 015**

FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

To:
    JOE TILLOSTON

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the 134th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being HILARY LONGSTREET INDIVIDUALLY AND ON BEHALF OF SIMILARY SITUATED INDIVIDUALS

Filed in said Court 5th day of March, 2013 against

GEORGE CRAMER, Jr, JOE TILLOSTON, PLANO AMIGOS LP D/B/A BANDITOS TEX MEX CANTINA, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC D/B/A BANDITOS TEX MEX CANTINA, KATY TRAIL ICE HOUSE GP LLC AND KATY TRAIL ICE HOUSE LP

For Suit, said suit being numbered DC-13-02636, the nature of which demand is as follows:
Suit on OTHER (CIVIL) etc. as shown on said petition REQ FOR DISCLOSURE, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 6th day of March, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.

By _____, Deputy
      CARMEN MOORER

---

**ATTY**

**CITATION**

**DC-13-02636**

HILARY LONGSTREET
vs.
GEORGE CRAMER, Jr., et al

ISSUED THIS
6th day of March, 2013

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

Attorney for Plaintiff
JUSTIN G. MANCHESTER
ROB WILEY PC
1825 MARKET CENTER BLVD
SUITE 385
DALLAS TX 75207
214-528-6500

DALLAS COUNTY CONSTABLE
FEES
PAID
FEES NOT
PAID

APP. 016

## OFFICER'S RETURN

Case No.: DC-13-02636

Court No.134th District Court

Style: HILARY LONGSTREET

vs.

GEORGE CRAMER, Jr., et al

Came to hand on the _____ day of _____ , 20 _____ at _____ o'clock _____ .M. Executed at _____

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____

20 _____ , by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | |
| For mileage | $_____ | of _____ County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this _____ day of _____ , 20 _____

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

**APP. 017**

FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:
PLANO AMIGOS LP
D/B/A BANDITOS TEX MEX CANTINA

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the 134th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being HILARY LONGSTREET INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS

Filed in said Court 5th day of March, 2013 against

GEORGE CRAMER, Jr , JOE TILLOSTON , PLANO AMIGOS LP D/B/A BANDITOS TEX MEX CANTINA, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC D/B/A BANDITOS TEX MEX CANTINA, KATY TRAIL ICE HOUSE GP LLC AND KATY TRAIL ICE HOUSE LP

For Suit, said suit being numbered DC-13-02636, the nature of which demand is as follows:
Suit on OTHER (CIVIL) etc. as shown on said petition REQ FOR DISCLOSURE, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas. Given under my hand and the Seal of said Court at office this 6th day of March, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County

By_____, Deputy
    CARMEN MOORER

| ATTY |
| --- |
| **CITATION** |
| DC-13-02636 |

HILARY LONGSTREET
vs.
GEORGE CRAMER, Jr., et al

ISSUED THIS
6th day of March, 2013

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

Attorney for Plaintiff
JUSTIN G. MANCHESTER
ROB WILEY PC
1825 MARKET CENTER BLVD
SUITE 385
DALLAS TX 75207
214-528-6500

DALLAS COUNTY COURT ...
FEE PAID   FEE NOT PAID

**APP. 018**

## OFFICER'S RETURN

Case No. : DC-13-02636

Court No.134th District Court

Style: HILARY LONGSTREET

vs.

GEORGE CRAMER, Jr., et al

Came to hand on the _____ day of _____ , 20 ____ , at _____ o'clock _____ .M. Executed at _____

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____

20 _____ , by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____ County, _____ |
| For Notary | $_____ | By _____ Deputy |
|  | (Must be verified if served outside the State of Texas) | |

Signed and sworn to by the said _____ before me this _____ day of _____ , 20 ____ ,

to certify which witness my hand and seal of office.

_____

Notary Public_____ County_____

APP. 019

FORM NO. 353-3 – CITATION
## THE STATE OF TEXAS

To:
　　PLANO AMIGOS GP LLC

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty  days after you were served this citation and  petition, a default judgment may be taken against you. Your answer should be addressed to the
clerk of the 134th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being HILARY LONGSTREET INDIVIDUALLY AND ON BEHALF OF SIMILARY
SITUATED INDIVIDUALS

Filed in said Court  5th day of March, 2013 against

GEORGE CRAMER, Jr , JOE TILLOSTON , PLANO AMIGOS LP D/B/A BANDITOS TEX
MEX CANTINA, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC D/B/A BANDITOS TEX
MEX CANTINA, KATY TRAIL ICE HOUSE GP LLC AND KATY TRAIL ICE HOUSE LP

For Suit, said suit being numbered DC-13-02636, the nature of which demand is as follows:
Suit on OTHER (CIVIL) etc. as shown on said petition REQ FOR DISCLOSURE,
a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 6th day of March, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County

By_____ , Deputy
　　CARMEN MOORER

| ATTY |
| :---: |
| **CITATION** |
| DC-13-02636 |

HILARY LONGSTREET
vs.
GEORGE CRAMER, Jr., et al

ISSUED THIS
6th day of March, 2013

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

Attorney for Plaintiff
JUSTIN G. MANCHESTER
ROB WILEY PC
1825 MARKET CENTER BLVD
SUITE 385
DALLAS TX 75207
214-528-6500

DALLAS COUNTY CONSTABLE

**APP. 020**

## OFFICER'S RETURN

Case No.: DC-13-02616

Court No. 134th District Court

Style: HILARY LONGSTREET

vs.

GEORGE CRAMER, Jr., et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at _____

within the County of _____ at _____ o'clock _____.M. on the _____ day of _____

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

| For serving Citation | $_____ | | |
| For mileage | $_____ | of _____ County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

**APP. 021**

App. 048

**FORM NO. 353-3 - CITATION**
**THE STATE OF TEXAS**

To:
    UP PLAZA AMIGOS LLC
    D/B/A BANDITOS TEX MEX CANTINA

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the 134th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being HILARY LONGSTREET INDIVIDUALLY AND ON BEHALF OF SIMILARY SITUATED INDIVIDUALS

Filed in said Court 5th day of March, 2013 against

GEORGE CRAMER, Jr , JOE TILLOSTON , PLANO AMIGOS LP D/B/A BANDITOS TEX MEX CANTINA, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC D/B/A BANDITOS TEX MEX CANTINA, KATY TRAIL ICE HOUSE GP LLC AND KATY TRAIL ICE HOUSE LP

For Suit, said suit being numbered DC-13-02636, the nature of which demand is as follows:
Suit on OTHER (CIVIL) etc. as shown on said petition REQ FOR DISCLOSURE,
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 6th day of March, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas,

    By _____ , Deputy
        CARMEN MOORER

---

| ATTY |
| :---: |
| **CITATION** |
| **DC-13-02636** |

**HILARY LONGSTREET**
vs.
**GEORGE CRAMER, Jr., et al**

ISSUED THIS
6th day of March, 2013

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

Attorney for Plaintiff
JUSTIN G. MANCHESTER
ROB WILBY PC
1825 MARKET CENTER BLVD
SUITE 385
DALLAS TX 75207
214-528-6500

DALLAS COUNTY CONSTABLE
FEES PAID   FEES NOT PAID

**APP. 022**

## OFFICER'S RETURN

Case No. : DC-13-02636

Court No.134th District Court

Style: HILARY LONGSTREET

vs.

GEORGE CRAMER, Jr., et al

Came to hand on the _____ day of _____, 20____, at _____ o'clock ____.M. Executed at _____

within the County of_____ at _____ o'clock ____.M. on the _____ day of _____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

For serving Citation     $_____          _____

For mileage              $_____          of_____County,_____

For Notary               $_____          By_____Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of_____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

APP. 023

**FORM NO. 353-3 - CITATION**
**THE STATE OF TEXAS**

To:

    KATY TRAIL ICE HOUSE GP LLC

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the 134th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being HILARY LONGSTREET INDIVIDUALLY AND ON BEHALF OF SIMILARY SITUATED INDIVIDUALS

Filed in said Court 5th day of March, 2013 against

GEORGE CRAMER, Jr., JOE TILLOSTON, PLANO AMIGOS LP D/B/A BANDITOS TEX MEX CANTINA, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC D/B/A BANDITOS TEX MEX CANTINA, KATY TRAIL ICE HOUSE GP LLC AND KATY TRAIL ICE HOUSE LP

For Suit, said suit being numbered DC-13-02636, the nature of which demand is as follows:
Suit on OTHER (CIVIL) etc. as shown on said petition REQ FOR DISCLOSURE,
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 6th day of March, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
    CARMEN MOORER

| ATTY |
| :---: |
| **CITATION** |
| **DC-13-02636** |

HILARY LONGSTREET
vs.
GEORGE CRAMER, Jr., et al

ISSUED THIS
6th day of March, 2013

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

Attorney for Plaintiff
JUSTIN G. MANCHESTER
ROB WILEY PC
1825 MARKET CENTER BLVD
SUITE 385
DALLAS TX 75207
214-528-6500

DALLAS COUNTY COURTS
FEES
PAID

**APP. 024**

## OFFICER'S RETURN

Case No. : DC-13-02636

Court No.134th District Court

Style: HILARY LONGSTREET

vs.

GEORGE CRAMER, Jr., et al

Came to hand on the _____day of_____, 20_____, at_____o'clock_____.M. Executed at _____

within the County of_____, at_____o'clock_____.M. on the _____day of_____

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:  To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $_____ | _____ |  |
| For mileage | $_____ | of_____County, _____ |  |
| For Notary | $_____ | By_____Deputy |  |
|  |  | (Must be verified if served outside the State of Texas.) |  |

Signed and sworn to by the said_____before me this_____day of_____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

**APP. 025**

**FORM NO. 353-3 - CITATION**
**THE STATE OF TEXAS**

To:
    KATY TRAIL ICE HOUSE LP

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the 134th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being HILARY LONGSTREET INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS

Filed in said Court 5th day of March, 2013 against

GEORGE CRAMER, Jr , JOE TILLOSTON , PLANO AMIGOS LP D/B/A BANDITOS TEX MEX CANTINA, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC D/B/A BANDITOS TEX MEX CANTINA, KATY TRAIL ICE HOUSE GP LLC AND KATY TRAIL ICE HOUSE LP

For Suit, said suit being numbered DC-13-02636, the nature of which demand is as follows:
Suit on OTHER (CIVIL) etc. as shown on said petition REQ FOR DISCLOSURE,
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 6th day of March, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.

    By _____, Deputy
        CARMEN MOORER

---

**ATTY**

**CITATION**

**DC-13-02636**

HILARY LONGSTREET
vs.
GEORGE CRAMER, Jr., et al

ISSUED THIS
6th day of March, 2013

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

Attorney for Plaintiff
JUSTIN G. MANCHESTER
ROB WILEY PC
1825 MARKET CENTER BLVD
SUITE 385
DALLAS TX 75207
214-528-6500

DALLAS COUNTY COP
FEES
PAID

**APP. 026**

**OFFICER'S RETURN**

Case No. : DC-13-03536

Court No. 134th District Court

Style: HILARY LONGSTREET

vs.

GEORGE CRAMER, Jr., et al

·Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at _____

within the County of _____ at _____ o'clock _____.M. on the _____ day of _____

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____County, _____ |
| For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this _____day of _____, 20_____.

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

**APP. 027**

**ATTY**

# CITATION

## DC-13-02636

HILARY LONGSTREET
vs.
GEORGE CRAMER, Jr., et al

ISSUED THIS
6th day of March, 2013

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

Attorney for Plaintiff
JUSTIN G. MANCHESTER
ROB WILEY PC
1825 MARKET CENTER BLVD
SUITE 385
DALLAS TX 75207
214-528-6500

---

FILED
13 MAR 25  PM 1:01
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

To:    GEORGE CRAMER Jr

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty days after you were served this citation and petition, a default judgment may be
taken against you. Your answer should be addressed to the
clerk of the 134th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being HILARY LONGSTREET INDIVIDUALLY AND ON BEHALF OF SIMILARY
SITUATED INDIVIDUALS

Filed in said Court 5th day of March, 2013 against

GEORGE CRAMER, Jr , JOE TILLOSTON , PLANO AMIGOS LP D/B/A BANDITOS TEX
MEX CANTINA, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC D/B/A BANDITOS TEX
MEX CANTINA, KATY TRAIL ICE HOUSE GP LLC AND KATY TRAIL ICE HOUSE LP

For Suit, said suit being numbered DC-13-02636, the nature of which demand is as follows:
Suit on OTHER (CIVIL) etc. as shown on said petition REQ FOR DISCLOSURE,
a copy of which accompanies this citation. If this citation is not served, it shall be returned
unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 6th day of March, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
         CARMEN MOORER

APP. 028

App. 055

# OFFICER'S RETURN

Case No.: DC-13-02636

Court No.134th District Court

Style: HILARY LONGSTREET

vs.

GEORGE CRAMER, Jr., et al

Came to hand on the _____ day of _____ , 20 _____ at _____ o'clock _____ .M. Executed at

within the County of _____ , _____ o'clock _____ .M. on the _____ day of

20 _____ , by delivering to the within named

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation      $ _____

For mileage                 $ _____                            of _____ , County, _____

For Notary                  $ _____                            By _____ , Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____ , 20 _____

to certify which witness my hand and seal of office.

_____

Notary Public. _____

_____ County, _____

**APP. 029**

### CAUSE NO. DC-13-02636
## DALLAS COUNTY 134TH JUDICIAL DISTRICT COURT

### RETURN

Came to my hand:    March 8, 2013 at 2:00 p.m.

To:              George Cramer Jr.

__x_   Citation
__x_   Plaintiff's Original Petition and Request for Disclosure

Delivered by me on:  March 21, 2013 at 2:20 p.m.

Delivered by me at:  2100 Ross Ave., Suite 2700, Dallas, TX 75205, in Dallas County, by delivering to George Cramer Jr., by delivering to his attorney, Alan Dabdoub, by delivering to his designated agent and legal assistant, Ms. Byrd, in person, a true copy of the above specified civil process, having first endorsed on such copy the date of delivery. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. This return is attached to original process or a copy thereof. All statements and facts herein contained are within my personal knowledge.

**************************************************************

"My name is Alan R. Davis. My date of birth is 8/25/62. My address is P.O. Box 38066, Dallas, Texas, 75238, United States of America. I declare under penalty of perjury the foregoing is true and correct. Executed in Dallas County, Texas on March 24, 2013.

_____
Alan R. Davis, Authorized Person, Declarant"
SCH-000000399
Expires 7/31/14

**APP. 030**



**ATTY**

# CITATION

## DC-13-02636

HILARY LONGSTREET
vs.
GEORGE CRAMER, Jr., et al

ISSUED THIS
6th day of March, 2013

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

**Attorney for Plaintiff**
JUSTIN G. MANCHESTER
ROB WILEY PC
1825 MARKET CENTER BLVD
SUITE 385
DALLAS TX 75207
214-528-6500

---

FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

To:    JOE TILLOSTON

FILED
13 MAR 25  PM 1:01
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the 134th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being HILARY LONGSTREET INDIVIDUALLY AND ON BEHALF OF SIMILARY SITUATED INDIVIDUALS

Filed in said Court 5th day of March, 2013 against

GEORGE CRAMER, Jr., JOE TILLOSTON , PLANO AMIGOS LP D/B/A BANDITOS TEX MEX CANTINA, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC D/B/A BANDITOS TEX MEX CANTINA, KATY TRAIL ICE HOUSE GP LLC AND KATY TRAIL ICE HOUSE LP

For Suit, said suit being numbered DC-13-02636, the nature of which demand is as follows:
Suit on OTHER (CIVIL) etc. as shown on said petition REQ FOR DISCLOSURE,
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 6th day of March, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
        CARMEN MOORER

## OFFICER'S RETURN

Case No. : DC-13-02636

Court No.134th District Court

Style: HILARY LONGSTREET

vs.

GEORGE CRAMER, Jr., et al

Came to hand on the _____ day of _____, 20____ at _____ o'clock _____ .M. Executed at _____

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____

20____ _____, by delivering to the within named _____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation      $ _____

For mileage               $ _____         of _____ County, _____

For Notary                $ _____         By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20____

to certify which witness my hand and seal of office.

_____
Notary Public _____ County

**APP. 032**

### CAUSE NO. DC-13-02636
### DALLAS COUNTY 134TH JUDICIAL DISTRICT COURT

### RETURN

**Came to my hand:**   March 8, 2013 at 2:00 p.m.

**To:**   Joe Tilloston

__x__   Citation
__x__   Plaintiff's Original Petition and Request for Disclosure

**Delivered by me on:** March 21, 2013 at 2:20 p.m.

**Delivered by me at:** 2100 Ross Ave., Suite 2700, Dallas, TX 75205, in Dallas County, by delivering to Joe Tilloston, by delivering to his attorney, Alan Dabdoub, by delivering to his designated agent and legal assistant, Ms. Byrd, in person, a true copy of the above specified civil process, having first endorsed on such copy the date of delivery. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. This return is attached to original process or a copy thereof. All statements and facts herein contained are within my personal knowledge.

*************************************************************

"My name is Alan R. Davis. My date of birth is 8/25/62. My address is P.O. Box 38066, Dallas, Texas, 75238, United States of America. I declare under penalty of perjury the foregoing is true and correct. Executed in Dallas County, Texas on March 24, 2013.

_____
Alan R. Davis, Authorized Person, Declarant"
SCH-000000399
Expires 7/31/14

FILED
13 MAR 25 PM 1:01
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

**APP. 033**

App. 060

FILED

13 MAR 25  PM 1:01

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

FORM NO. 353-3 – CITATION

# THE STATE OF TEXAS

To:

PLANO AMIGOS LP
D/B/A BANDITOS TEX MEX CANTINA

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the 134th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being HILARY LONGSTREET INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS

Filed in said Court 5th day of March, 2013 against

GEORGE CRAMER, Jr., JOE TILLOSTON, PLANO AMIGOS LP D/B/A BANDITOS TEX MEX CANTINA, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC D/B/A BANDITOS TEX MEX CANTINA, KATY TRAIL ICE HOUSE GP LLC AND KATY TRAIL ICE HOUSE LP

For Suit, said suit being numbered DC-13-02636, the nature of which demand is as follows: Suit on OTHER (CIVIL) etc. as shown on said petition REQ FOR DISCLOSURE, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas. Given under my hand and the Seal of said Court at office this 6th day of March, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.

By: _____  Deputy
CARMEN MOORER

---

ATTY

## CITATION

## DC-13-02636

HILARY LONGSTREET
vs.
GEORGE CRAMER, Jr., et al

ISSUED THIS
6th day of March, 2013

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

Attorney for Plaintiff
JUSTIN G. MANCHESTER
ROB WILEY PC
1825 MARKET CENTER BLVD
SUITE 385
DALLAS TX 75207
214-528-6300

**APP. 034**

## OFFICER'S RETURN

Case No. : DC-13-02656

Court No.134th District Court

Style: HILARY LONGSTREET

vs.

GEORGE CRAMER, Jr., et al

Came to hand on the _____ day of _____, 20____, at _____ o'clock _____.M. on the _____ o'clock _____.M. Executed at

within the County of _____ , _____ day of

20____ , by delivering to the within named _____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

For serving Citation      $ _____

For mileage      $ _____            of _____, County,

For Notary      $ _____            By _____ , Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20____

to certify which witness my hand and seal of office.

_____ Notary Public, _____ County

**APP. 035**

App. 062

CAUSE NO. DC-13-02636
DALLAS COUNTY 134TH JUDICIAL DISTRICT COURT

## RETURN

**Came to my hand:** March 8, 2013 at 2:00 p.m.

**To:**    Plano Amigos LP d/b/a Banditos Tex Mex Cantina

__x__  Citation
__x__  Plaintiff's Original Petition and Request for Disclosure

**Delivered by me on:** March 21, 2013 at 2:20 p.m.

**Delivered by me at:** 2100 Ross Ave., Suite 2700, Dallas, TX 75205, in Dallas County, by delivering to Plano Amigos LP d/b/a Banditos Tex Mex Cantina, by delivering to its attorney, Alan Dabdoub, by delivering to his designated agent and legal assistant, Ms. Byrd, in person, a true copy of the above specified civil process, having first endorsed on such copy the date of delivery. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. This return is attached to original process or a copy thereof. All statements and facts herein contained are within my personal knowledge.

**********************************************************

"My name is Alan R. Davis. My date of birth is 8/25/62. My address is P.O. Box 38066, Dallas, Texas, 75238, United States of America. I declare under penalty of perjury the foregoing is true and correct. Executed in Dallas County, Texas on March 24, 2013.

_____

Alan R. Davis, Authorized Person, Declarant"
SCH-000000399
Expires 7/31/14

**APP. 036**

**ATTY**

# CITATION

## DC-13-02636

HILARY LONGSTREET
vs.
GEORGE CRAMER, Jr., et al

ISSUED THIS
6th day of March, 2013

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

**Attorney for Plaintiff**
JUSTIN G. MANCHESTER
ROB WILEY PC
1825 MARKET CENTER BLVD
SUITE 385
DALLAS TX 75207
214-528-6500

---

FILED

13 MAR 25 PM 1:01

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

---

FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

To:   PLANO AMIGOS GP LLC

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty  days after you were served this citation and petition, a default judgment may be
taken against you. Your answer should be addressed to the
clerk of the 134th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being HILARY LONGSTREET INDIVIDUALLY AND ON BEHALF OF SIMILARY
SITUATED INDIVIDUALS

Filed in said Court 5th day of March, 2013 against

GEORGE CRAMER, Jr., JOE TILLOSTON, PLANO AMIGOS LP D/B/A BANDITOS TEX
MEX CANTINA, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC D/B/A BANDITOS TEX
MEX CANTINA, KATY TRAIL ICE HOUSE GP LLC AND KATY TRAIL ICE HOUSE LP

For Suit, said suit being numbered DC-13-02636, the nature of which demand is as follows:
Suit on OTHER (CIVIL) etc. as shown on said petition REQ FOR DISCLOSURE,
a copy of which accompanies this citation. If this citation is not served, it shall be returned
unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 6th day of March, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
        CARMEN MOORER

**APP. 037**

App. 064

# OFFICER'S RETURN

Case No. : DC-13-02636

Court No.134th District Court

Style: HILARY LONGSTREET

vs.

GEORGE CRAMER, Jr., et al

Came to hand on the _____ day of _____ 20___ at _____ o'clock _____ .M. Executed at

within the County of _____ o'clock _____ .M on the _____ day of

20___, by delivering to the within named _____

cash, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

For serving Citation       $ _____
For mileage               $ _____      of _____ County, _____
For Notary                $ _____      By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____ 20___

to certify which witness my hand and seal of office.

Notary Public _____ County.

**APP. 038**

CAUSE NO. DC-13-02636
DALLAS COUNTY 134TH JUDICIAL DISTRICT COURT

RETURN

**Came to my hand:**   March 8, 2013 at 2:00 p.m.

**To:**   Plano Amigos GP, LLC

__x__ Citation
__x__ Plaintiff's Original Petition and Request for Disclosure

**Delivered by me on:** March 21, 2013 at 2:20 p.m.

**Delivered by me at:** 2100 Ross Ave., Suite 2700, Dallas, TX 75205, in Dallas County, by delivering to Plano Amigos GP, LLC, by delivering to its attorney, Alan Dabdoub, by delivering to his designated agent and legal assistant, Ms. Byrd, in person, a true copy of the above specified civil process, having first endorsed on such copy the date of delivery. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. This return is attached to original process or a copy thereof. All statements and facts herein contained are within my personal knowledge.

**************************************************************

"My name is Alan R. Davis. My date of birth is 8/25/62. My address is P.O. Box 38066, Dallas, Texas, 75238, United States of America. I declare under penalty of perjury the foregoing is true and correct. Executed in Dallas County, Texas on March 24, 2013.

_____
Alan R. Davis, Authorized Person, Declarant"
SCH-000000399
Expires 7/31/14

FILED
13 MAR 25 PM 1:01
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

**APP. 039**

FORM NO. 353-3 – CITATION

# THE STATE OF TEXAS

To:
UP PLAZA AMIGOS LLC
D/B/A BANDITOS TEX MEX CANTINA

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the 134th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being HILARY LONGSTREET INDIVIDUALLY AND ON BEHALF OF SIMILARY SITUATED INDIVIDUALS

Filed in said Court 5th day of March, 2013 against

GEORGE CRAMER, Jr., JOE TILLOSTON, PLANO AMIGOS LP D/B/A BANDITOS TEX MEX CANTINA, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC D/B/A BANDITOS TEX MEX CANTINA, KATY TRAIL ICE HOUSE GP LLC AND KATY TRAIL ICE HOUSE LP

For Suit, said suit being numbered DC-13-02636, the nature of which demand is as follows;
Suit on OTHER (CIVIL) etc. as shown on said petition REQ FOR DISCLOSURE,
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 6th day of March, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.

By_____ Deputy
       CARMEN MOORER

FILED
13 MAR 25 PM 1:01
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

ATTY

# CITATION

DC-13-02636

HILARY LONGSTREET
vs.
GEORGE CRAMER, Jr., et al

ISSUED THIS
6th day of March, 2013

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

Attorney for Plaintiff
JUSTIN G. MANCHESTER
ROB WILEY PC
1825 MARKET CENTER BLVD
SUITE 385
DALLAS TX 75207
214-528-6500

**APP. 040**

## OFFICER'S RETURN

Case No. : DC-13-02636

Court No.134th District Court

Style: HILARY LONGSTREET

vs.

GEORGE CRAMER, Jr., et al

Came to hand on the _____ day of _____, 20____, at _____ o'clock _____M. on the _____ o'clock _____ M. Executed at

within the County of _____ day of

20 _____, by delivering to the within named

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

For serving Citation    $ _____

For mileage             $ _____         of _____ County, _____

For Notary              $ _____         By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20____

to certify which witness my hand and seal of office.

_____ Notary Public _____ County

APP. 041

CAUSE NO. DC-13-02636
DALLAS COUNTY 134TH JUDICIAL DISTRICT COURT

## RETURN

**Came to my hand:**   March 8, 2013 at 2:00 p.m.

**To:**   UP Plaza Amigos LLC d/b/a Banditos Tex Mex Cantina

__x__  Citation
__x__  Plaintiff's Original Petition and Request for Disclosure

**Delivered by me on:** March 21, 2013 at 2:20 p.m.

**Delivered by me at:** 2100 Ross Ave., Suite 2700, Dallas, TX 75205, in Dallas County, by delivering to UP Plaza Amigos LLC d/b/a Banditos Tex Mex Cantina, by delivering to its attorney, Alan Dabdoub, by delivering to his designated agent and legal assistant, Ms. Byrd, in person, a true copy of the above specified civil process, having first endorsed on such copy the date of delivery. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. This return is attached to original process or a copy thereof. All statements and facts herein contained are within my personal knowledge.

*************************************************************

"My name is Alan R. Davis. My date of birth is 8/25/62. My address is P.O. Box 38066, Dallas, Texas, 75238, United States of America. I declare under penalty of perjury the foregoing is true and correct. Executed in Dallas County, Texas on March 24, 2013.

_____
Alan R. Davis, Authorized Person, Declarant"
SCH-000000399
Expires 7/31/14

FILED
13 MAR 25  PM 1: 01
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

**APP. 042**

ATTY

CITATION

DC-13-02636

HILARY LONGSTREET
vs.
GEORGE CRAMER, Jr., et al

ISSUED THIS
6th day of March, 2013

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

Attorney for Plaintiff
JUSTIN G. MANCHESTER
ROB WILEY PC
1825 MARKET CENTER BLVD
SUITE 385
DALLAS TX 75207
214-528-6500

FEES
PAID

FILED

13 MAR 25 PM 1:01

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS

_____ DEPUTY

FORM NO. 353-3 – CITATION
THE STATE OF TEXAS

To:   KATY TRAIL ICE HOUSE GP LLC

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the 134th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being HILARY LONGSTREET INDIVIDUALLY AND ON BEHALF OF SIMILARY SITUATED INDIVIDUALS

Filed in said Court 5th day of March, 2013 against

GEORGE CRAMER, Jr., JOE TILLOSTON , PLANO AMIGOS LP D/B/A BANDITOS TEX MEX CANTINA, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC D/B/A BANDITOS TEX MEX CANTINA, KATY TRAIL ICE HOUSE GP LLC AND KATY TRAIL ICE HOUSE LP

For Suit, said suit being numbered DC-13-02636, the nature of which demand is as follows:
Suit on OTHER (CIVIL) etc. as shown on said petition REQ FOR DISCLOSURE,
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 6th day of March, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
        CARMEN MOORER

**APP. 043**

App. 070

## OFFICER'S RETURN

Case No.: DC-13-02636

Court No.134th District Court

Style: HILARY LONGSTREET

vs.

GEORGE CRAMER, Jr., et al

Came to hand on the _____ day of _____, 20____, at _____ o'clock _____ .M. on the _____ o'clock _____.M. Executed at

within the County of _____ day of _____

20_____, by delivering to the within named

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually travelled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

For serving Citation     $ _____

For mileage              $ _____    of _____ County,

For Notary               $ _____    By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20____

to certify which witness my hand and seal of office.

_____ Notary Public _____ County

**APP. 044**

**CAUSE NO. DC-13-02636**
**DALLAS COUNTY 134TH JUDICIAL DISTRICT COURT**

<u>**RETURN**</u>

**Came to my hand:**   March 8, 2013 at 2:00 p.m.

**To:**   Katy Trail Ice House GP LLC

__x__   Citation
__x__   Plaintiff's Original Petition and Request for Disclosure

**Delivered by me on:** March 21, 2013 at 2:20 p.m.

**Delivered by me at:** 2100 Ross Ave., Suite 2700, Dallas, TX 75205, in Dallas County, by delivering to Katy Trail Ice House GP LLC, by delivering to its attorney, Alan Dabdoub, by delivering to his designated agent and legal assistant, Ms. Byrd, in person, a true copy of the above specified civil process, having first endorsed on such copy the date of delivery. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. This return is attached to original process or a copy thereof. All statements and facts herein contained are within my personal knowledge.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

"My name is Alan R. Davis. My date of birth is 8/25/62. My address is P.O. Box 38066, Dallas, Texas, 75238, United States of America. I declare under penalty of perjury the foregoing is true and correct. Executed in Dallas County, Texas on March 24, 2013.

FILED
13 MAR 25  PM 1:01
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS, TEXAS
DEPUTY

Alan R. Davis, Authorized Person, Declarant"
SCH-000000399
Expires 7/31/14

**APP. 045**

**ATTY**

# CITATION

## DC-13-02636

HILARY LONGSTREET
vs.
GEORGE CRAMER, Jr., et al

ISSUED THIS
6th day of March, 2013

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

**Attorney for Plaintiff**
JUSTIN G. MANCHESTER
ROB WILEY PC
1825 MARKET CENTER BLVD
SUITE 385
DALLAS TX 75207
214-528-6500

---

FORM NO. 353-3 – CITATION
THE STATE OF TEXAS

To: KATY TRAIL ICE HOUSE LP

FILED
13 MAR 25 PM 1: 01

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the 134th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being HILARY LONGSTREET INDIVIDUALLY AND ON BEHALF OF SIMILARY SITUATED INDIVIDUALS

Filed in said Court 5th day of March, 2013 against

GEORGE CRAMER, Jr, JOE TILLOSTON , PLANO AMIGOS LP D/B/A BANDITOS TEX MEX CANTINA, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC D/B/A BANDITOS TEX MEX CANTINA, KATY TRAIL ICE HOUSE GP LLC AND KATY TRAIL ICE HOUSE LP

For Suit, said suit being numbered DC-13-02636, the nature of which demand is as follows:
Suit on OTHER (CIVIL) etc. as shown on said petition REQ FOR DISCLOSURE,
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 6th day of March, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
      CARMEN MOORER

APP. 046

App. 073

## OFFICER'S RETURN

Case No.: DC-13-02656

Court No.134th District Court

Style: HILARY LONGSTREET

vs.

GEORGE CRAMER, Jr., et al

Came to hand on the _____ day of _____, 20 ___ at _____ o'clock _____ M. on the _____ day of _____

within the County of _____ o'clock _____ M. Executed at

20 _____ by delivering to the within named

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation   $ _____

For mileage   $ _____ of _____ County, _____

For Notary   $ _____ By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 ___

to certify which witness my hand and seal of office.

Notary Public _____ County

**APP. 047**

CAUSE NO. DC-13-02636
DALLAS COUNTY 134TH JUDICIAL DISTRICT COURT

## RETURN

**Came to my hand:**   March 8, 2013 at 2:00 p.m.

**To:**   Katy Trail Ice House LP

__x__   Citation
__x__   Plaintiff's Original Petition and Request for Disclosure

**Delivered by me on:** March 21, 2013 at 2:20 p.m.

**Delivered by me at:** 2100 Ross Ave., Suite 2700, Dallas, TX 75205, in Dallas County, by delivering to Katy Trail Ice House LP, by delivering to its attorney, Alan Dabdoub, by delivering to his designated agent and legal assistant, Ms. Byrd, in person, a true copy of the above specified civil process, having first endorsed on such copy the date of delivery. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. This return is attached to original process or a copy thereof. All statements and facts herein contained are within my personal knowledge.

**********************************************************

"My name is Alan R. Davis. My date of birth is 8/25/62. My address is P.O. Box 38066, Dallas, Texas, 75238, United States of America. I declare under penalty of perjury the foregoing is true and correct. Executed in Dallas County, Texas on March 24, 2013.

Alan R. Davis, Authorized Person, Declarant"
SCH-000000399
Expires 7/31/14

FILED
13 MAR 25 PH 1:01
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

**APP. 048**

GARY FITZSIMMONS, DISTRICT CLERK
# CASE SUMMARY
## CASE NO. DC-13-02636

HILARY LONGSTREET
vs.
GEORGE CRAMER, Jr., et al

§
§
§
§

Location:  134th District Court
Judicial Officer:  TILLERY, DALE
Filed on:  03/05/2013

---

### CASE INFORMATION

Case Type:  OTHER (CIVIL)
Subtype:  CLASS ACTION

---

### PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| PLAINTIFF | LONGSTREET, HILARY | MANCHESTER, JUSTIN G.<br>*Retained*<br>214-528-6500(W) |
| DEFENDANT | CRAMER, GEORGE, Jr. | |
| | KATY TRAIL ICE HOUSE GP LLC | |
| | KATY TRAIL ICE HOUSE LP | |
| | PLANO AMIGOS GP LLC | |
| | PLANO AMIGOS LP<br>*D/B/A BANDITOS TEX MEX CANTINA* | |
| | TILLOSTON, JOE | |
| | UP PLAZA AMIGOS LLC<br>*D/B/A BANDITOS TEX MEX CANTINA* | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 03/05/2013 | ORIGINAL PETITION (OCA) | |
| 03/05/2013 | ISSUE CITATION | |
| 03/05/2013 | NOTE - ADMINISTRATOR<br>*to Clerk: Order of Transfer Pursuant to Miscellaneous Order No. 1-2012 - signed 3/5/2013 - copy mailed to counsel for plaintiff. Copy delivered to Fran Ly, co-ordinator, 134th court.* | |
| 03/05/2013 | ORDER - TRANSFER<br>*FROM 95TH TO 134TH* | *Vol./Book 447D, Page 648, 1 pages* |
| 03/05/2013 | CASE FILING COVER SHEET | |
| 03/06/2013 | NOTE - CLERKS<br>*EMAILED ADMIN AND CLERK RE: TRANSFER ORDER* | |
| 03/06/2013 | CITATION<br>CRAMER, GEORGE, Jr.<br>Served: 03/21/2013<br>TILLOSTON, JOE<br>Served: 03/21/2013<br>PLANO AMIGOS LP<br>Served: 03/21/2013<br>PLANO AMIGOS GP LLC<br>Served: 03/21/2013<br>UP PLAZA AMIGOS LLC<br>Served: 03/21/2013 | |

*Printed on 04/12/2013 at 2:06 PM*

**APP. 049**

App. 076

GARY FITZSIMMONS, DISTRICT CLERK

# CASE SUMMARY
## CASE NO. DC-13-02636

|  |  |  |
|---|---|---|
| | KATY TRAIL ICE HOUSE OP LLC<br>Served: 03/21/2013<br>KATY TRAIL ICE HOUSE LP<br>Served: 03/21/2013<br>*ATTY/CM* | |
| 03/06/2013 | CORRESPONDENCE - LETTER TO FILE<br>*Rule 47* | |
| 03/06/2013 | NOTICE OF DISMISSAL FOR WANT OF PROSECUTION | |
| 05/17/2013 | DISMISSAL FOR WANT OF PROSECUTION (10:00 AM) (Judicial Officer: TILLERY,<br>DALE) | |

| DATE | FINANCIAL INFORMATION | | |
|---|---|---|---|
| | PLAINTIFF LONGSTREET, HILARY<br>Total Charges<br>Total Payments and Credits<br>Balance Due as of *4/12/2013* | | 308.00<br>308.00<br>0.00 |
| 03/05/2013 | Charge | PLAINTIFF LONGSTREET,<br>HILARY | 252.00 |
| 03/05/2013 | Charge | PLAINTIFF LONGSTREET,<br>HILARY | 56.00 |
| 03/05/2013 | PAYMENT<br>(CASE FEES)   Receipt # 12987-2013-DCLK | PLAINTIFF LONGSTREET,<br>HILARY | (308.00) |

*Printed on 04/12/2013 at 2:06 PM*

**APP. 050**

App. 077

STATE OF TEXAS }
COUNTY OF DALLAS }
I, GARY FITZSIMMONS, Clerk of the District of Dallas County,
Texas, do hereby certify that I have compared this instrument
to be a true and correct copy of the original as appears of
record in my office.
GIVEN UNDER MY HAND AND SEAL of said Court, at office
in Dallas, Texas, this ___ day of ___, A.D., ___

GARY FITZSIMMONS, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By _____ Deputy

**APP. 051**

# Xerox D110 Copier-Printer
Banner Sheet                   sbyrd

Date & Time : 04/12/2013  6:57 PM

User Name :

# sbyrd

Job Name :          [DOC 2] Certificate of Interested Persons - 4.12.13.pdf

Start Page

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HILARY LONGSTREET, individually and §
on behalf of similarly situated individuals, §
§
Plaintiff, §
§
v. §  CIVIL ACTION NO.
§
GEORGE CRAMER, JR., JOE TILLOTSON, §
PLANO AMIGOS LP d/b/a Banditos Tex- §  _____
Mex Cantina, PLANO AMIGOS GP LLC, UP §
PLAZA AMIGOS LLC d/b/a Banditos Tex- §
Mex Cantina, KATY TRAIL ICE HOUSE GP §
LLC, and KATY TRAIL ICE HOUSE LP, §
§
Defendants. §

---

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rules 3.2 and 7.4, Defendants George Cramer, Jr., Joe Tillotson, Plano Amigos, LP d/b/a Banditos Tex-Mex Cantina, Plano Amigos GP, LLC, Up Plaza Amigos, LLC d/b/a Banditos Tex-Mex Cantina, Katy Trail Ice House GP, LLC and Katy Trail Ice House, LP identify the following entities that are financially interested in the outcome of the case:

1  George Cramer, Jr.;

2.  Joe Tillotson;

3.  Plano Amigos LP d/b/a Banditos Tex-Mex Cantina;

4.  Plano Amigos GP, LLC;

5.  UP Plaza Amigos LLC, d/b/a Banditos Tex-Mex Cantina;

6.  Katy Trail Ice House GP LLC;

7.  Katy Trail Ice House LP;

8.  No corporate defendant in this matter has a parent corporation or has stock owned by a publicly held corporation;

-1-

9. Lynn Tillotson Pinker & Cox, LLP, counsel for Defendants George Cramer, Jr., Joe Tillotson, Plano Amigos, LP d/b/a Banditos Tex-Mex Cantina, Plano Amigos GP, LLC, Up Plaza Amigos, LLC d/b/a Banditos Tex-Mex Cantina, Katy Trail Ice House GP,, LLC and Katy Trail Ice House, LP

Dated:  April 12, 2013                     Respectfully submitted,

                                           /s/ Alan Dabdoub
                                           Jeffrey M. Tillotson, PC
                                           State Bar No. 20039200
                                           jtillotson@lynnllp.com
                                           Alan Dabdoub
                                           State Bar No. 24056836
                                           Email:  adabdoub@lynnllp.com
                                           LaKeisha M. Forté
                                           State Bar No. 24042237
                                           Email:  lforte@lynnllp.com
                                           LYNN TILLOTSON PINKER & COX, LLP
                                           2100 Ross Avenue, Suite 2700
                                           Dallas, Texas 75201
                                           (214) 981-3800 - telephone
                                           (214) 981-3839 – telecopier

                           **ATTORNEYS FOR DEFENDANTS**


                           <u>**CERTIFICATE OF SERVICE**</u>

    The undersigned does hereby certify that a true and correct copy of this *Defendants'*
*Certificate of Interested Persons* was duly served upon Robert J. Wiley, Esq. and Justin G.
Manchester, ROB WILEY, P.C., 1825 Market Center Blvd., Suite 385, Dallas, Texas 75207 via
certified United States Mail, return receipt requested, this 12th day of April, 2013.


                                           /s/ Alan Dabdoub
                                           ALAN DABDOUB


4833-9725-0067, v. 1

                                           -2-