# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HILARY LONGSTREET, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>-v-<br><br>GEORGE CRAMER, JR., JOE TILLOTSON, PLANO AMIGOS LP d/b/a Banditos Tex-Mex Cantina, PLANO AMIGOS GP LLC, UP PLAZA AMIGOS LLC d/b/a Banditos Tex-Mex Cantina, KATY TRAIL ICE HOUSE GP LLC, and KATY TRAIL ICE HOUSE LP,<br><br>Defendants. | §§§§§§§§§§§§§§§§§§ | Civil Action No. 3:13-cv-01461-G |

## AFFIDAVIT OF JUSTIN G. MANCHESTER

Before me, the undersigned notary, on this day personally appeared Justin G. Manchester, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. "My name is Justin G. Manchester. I am over 21 years of age, am of sound mind, have never been convicted of a felony crime or a crime involving moral turpitude, and am otherwise fully competent to make this affidavit. The facts stated within this affidavit are true and correct and within my personal knowledge.

2. I am an Associate with the Law Office of Rob Wiley, P.C. and represent the Plaintiff, Hilary Longstreet in this matter.

3. On April 25, 2013, I searched for Defendants in this matter on the Department of Defense Manpower Data Center website using Defendants' first names, last names, and birthdates.

4. The Data Center indicated that neither Mr. Cramer nor Mr. Tillotson is on active duty.

5. Mr. Cramer and Mr. Tillotson are not minors.

6. Mr. Cramer and Mr. Tillotson are not incompetent persons."

_____
Justin G. Manchester

THE STATE OF TEXAS      §
                        §      [Notary Seal: DAYE PRICE, Notary Public, State of Texas, My Commission Expires August 01, 2015]
COUNTY OF DALLAS        §

SWORN TO and SUBSCRIBED before me by Justin G. Manchester on April 25_____, 2013.

_____
Notary Public in and for
The State of Texas

AFFIDAVIT OF JUSTIN G. MANCHESTER – Page 2