# EXHIBIT 6



# Earnings Statement

| | |
|---|---|
| Period Starting: | 06/18/2012 |
| Period Ending: | 07/01/2012 |
| Pay Date: | 07/09/2012 |

Alfredo Jimenez

Company Code: RN / MSJ 204478197
Plano Amigos LP
5956 Sherry Ln Ste 850
Dallas, TX 75225

Number: 10378
Page 1 of 1

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
 Federal: 2                Federal:
 State:   0                State:
 Local:   0                Local:
Social Security Number:

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.50 | 74.32 | 706.04 | 2668.88 |
| Regular | 9.00 | 57.13 | 514.17 | |
| Gross Pay | | | $1,220.21 | $2,668.88 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -110.05 | 150.11 |
| Social Security | -51.25 | 112.09 |
| Medicare | -17.69 | 38.70 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Advance | 0.00 | 16.84 |

Net Pay  $1,041.22

©1998, 2006, ADP, Inc. All Rights Reserved.
TEAR HERE
COPY
Your federal taxable wages this period are $1,220.21